IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES AND BARBARA WALKER**                                **PLAINTIFFS**

**V.**                                **CIVIL ACTION NO. 1:05CV368LGRHW**

**ALLSTATE INSURANCE COMPANY, KING
MOTORS, INC. d/b/a KING LIMO & CAB CO.,
INEX INSURANCE EXCHANGE, PRIME INSURANCE
SYNDICATE, INC. and PETER TORRES**                          **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This day this cause having come before the Court on the Motion to Dismiss filed on behalf of INEX Insurance Exchange, and the Court having been advised that Plaintiffs have agreed to the dismissal of Defendant, INEX Insurance Exchange, finds that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant INEX Insurance Exchange is hereby dismissed without prejudice, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 18th day of January, 2006.

                                                 s/ Louis Guirola, Jr.
                                                 LOUIS GUIROLA, JR.
                                                 UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Judy M. Guice
Judy M. Guice, Esq.
Counsel for Plaintiffs

/s/ Leslie P. Barry
Leslie P. Barry, Esq.
Counsel for Defendant INEX Insurance Exchange